IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERARD SZUBIELSKI, | ) |
|    Plaintiff, | ) ) ) |
| v.. | )   CIVIL ACTION NO. 15-984 RGA |
| DAVID PIERCE, IN HIS PERSONAL CAPACITY, AND DANA METZGER, IN HIS OFFICIAL CAPACITY AS WARDEN OF JAMES T. VAUGHN CORRECTIONAL CENTER, | ) ) ) ) ) ) ) |
|    Defendants. | ) |

**JOINT MOTION AND ORDER
FOR ENTRY OF A SCHEDULING ORDER**

Plaintiff, Gerard Szubielski, and Defendant, David Pierce, by and through their undersigned counsel, provide the following agreed-upon proposed scheduling order, and respectfully request the Court to enter a scheduling order in this matter.

The parties propose the following schedule:

1. <u>Pretrial Conference</u>. On June 18, 2021, the Court will hold a Rule 16(e) final pretrial conference in Court with counsel beginning at 9 a.m. in Courtroom 6A.

2. <u>Pretrial Order.</u> The parties shall file a joint proposed final pretrial order in compliance with Local Rule 16.3(c) on or before June 11, 2021.

3. <u>Motions *in Limine*</u>. Motions *in limine* shall not be separately filed. All *in limine* requests and responses thereto shall be set forth in the proposed pretrial order. Each party shall be

limited to three *in limine* requests, unless otherwise permitted by the Court. The *in limine* request and any response shall contain the authorities relied upon; each *in limine* request may be supported by a maximum of three pages of argument and may be opposed by a maximum of three pages of argument, and the party making the *in limine* request may add a maximum of one additional page in reply in support of its request. If more than one party is supporting or opposing an *in limine* request, such support or opposition shall be combined in a single three page submission (and, if the moving party, a single one page reply). No separate briefing shall be submitted on *in limine* requests, unless otherwise permitted by the Court.

      a.    The parties will exchange any *motion in limine* briefs on June 2, 2021, opposition briefs on June 9, 2021, and reply briefs on June 11, 2021 to be filed with the pretrial order.

4.    <u>Jury Instructions, Voir Dire, and Special Verdict Forms</u>. The parties shall file (i) proposed voir dire, (ii) preliminary jury instructions, (iii) final jury instructions, and (iv) special verdict forms no later than 5 p.m. on June 15, 2021.

5.    <u>Trial</u>. This matter is scheduled for a 2-3 day trial beginning at 9:30 a.m. on July 6, 2021, with the subsequent trial days beginning at 9:30 a.m. Until the case is submitted to the jury for deliberations, the jury will be excused each day at 4:30 p.m. The trial will be timed, as counsel will be allocated a total number of hours in which to present their respective cases.

Accordingly, the parties jointly and respectfully request the Court to enter a scheduling order in this matter.

Respectfully Submitted,

| | |
|---|---|
| **TROUTMAN PEPPER HAMILTON SANDERS LLP** | **STATE OF DELAWARE DEPARTMENT OF JUSTICE** |
| /s/ *Joanna J. Cline* | /s/ *Kenneth L. Wan* |
| Joanna J. Cline (DE Bar No. 5873)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, P.O. Box 1709<br>Wilmington, DE 19899-1709<br>302.777.6500<br>*Joanna.Cline@Troutman.com* | Kenneth L. Wan, ID #5667<br>Allison J. McCowan, ID # 5931<br>Deputy Attorney General<br>Carvel State Office Building<br>820 North French Street, 6th Fl.<br>Wilmington, Delaware 19801<br>(302) 577-8400<br>Kenneth.wan@delaware.gov<br>Allison.mccowan@delaware.gov |
| Laurence Z. Shiekman (admitted *pro hac vice*)<br>Karli E. Cozen (admitted *pro hac vice*)<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, Pennsylvania 19103-2799<br>215.981.4000<br>*Laurence.Shiekman@Troutman.com*<br>*Karli.Cozen@Troutman.com* | *Counsel for Defendant David Pierce* |

Courtney A. Munnings (admitted *pro hac vice*)
Suite 400 | 301 Carnegie Center
Princeton, New Jersey 08543-5276
609.452.0808
*Courtney.Munnings@pepperlaw.com*

*Attorneys for Plaintiff Gerard Szubielski*

Dated: May 12, 2021

It is SO ORDERED

/s/ Richard G. Andrews   5/12/2021
_____
The Honorable Richard G. Andrews
United States District Court Judge