

**KATHLEEN JENNINGS**
ATTORNEY GENERAL

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX: (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX: (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX: (302) 577-6499

June 29, 2021

<u>Via CM/ECF</u>
The Honorable Jennifer L. Hall
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17
Room 3124
Wilmington, DE 19801

    Re:    *Szubielski v. Pierce*
               C.A. No. 15-984-JLH

Dear Judge Hall:

    Per Judge Andrews's instructions at the pre-trial conference, please find enclosed Defendant's proposed limiting instruction, for the preliminary jury instructions, regarding the timeframe that the jury may consider for damages if Defendant were found liable.

    I am available to the Court if this letter raises any questions.

                                     Respectfully Submitted,

                                     <u>/s/ Kenneth L. Wan</u>
                                     Kenneth L. Wan
                                   Deputy Attorney General

Encl.
CC: All counsel of record (Via CM/ECF)