# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERARD SZUBIELSKI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DAVID PIERCE, | ) C.A. No. 15-984 (JLH) ) |
| Defendant. | ) ) ) ) ) ) |

**ORDER**

IT IS HEREBY ORDERED that the Clerk's Office for the District of Delaware be and hereby is directed to furnish lunch for eight jurors engaged in the above entitled case on July 9, 2021.

Dated: July 9, 2021

_____
UNITED STATES MAGISTRATE JUDGE