Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, 1313 N. Market St., Suite 5100, P.O. Box 1709
Wilmington, DE  19899-1709



troutman.com

Joanna J. Cline
302.777.6542
joanna.cline@troutman.com

August 24, 2021

**Via CM/ECF and Hand Delivery**

Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17
Room 3124
Wilmington, DE 19801-3555

**Re:    Szubielski v. Pierce, C.A. No. 15-984 JLH**

Dear Judge Hall:

This firm represents Plaintiff Gerard Szubielski in the above referenced matter.  Enclosed please find a courtesy of the following documents which were filed on August 23, 2021, via CM/ECF:

1. Plaintiff's Response Brief In Opposition to Defendant's Renewed Motion for Judgment as a Matter of Law;

2. Proposed Form of Order; and

3. Certificate of Service.

Respectfully,

*/s/ Joanna J. Cline*

Joanna J. Cline
DE Bar No. 5873

JJC:nec

cc:    All counsel of record (via CM/ECF)