IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERARD SZUBIELSKI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 15-984 JLH ) |
| DAVID PIERCE, IN HIS PERSONAL CAPACITY, | ) ) ) |
| Defendant. | ) ) |

**JUDGMENT IN A CIVIL CASE**

THIS MATTER having come before the Court for a jury trial on November 9, 10, and 12, 2021, and the jury having returned a verdict for Plaintiff Gerard Szubielski as against Defendant David Pierce in the amount of One Dollar ($1.00),

IT IS THEREFORE ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Plaintiff Gerard Szubielski and against Defendant David Pierce in the amount of One Dollar ($1.00).

_____
The Honorable Jennifer L. Hall

_____
(By) Deputy Clerk

Dated: 11/19/21